DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

## 12 JUNE 2003

| | | | |
|---|---|---|---|
| No. 189P03<br><br>Case below:<br><br>156 N.C. App. 249 | State v. Ramirez | Def's PDR Under N.C.G.S. § 7A-31 (COA02-453) | Denied |
| No. 192P03<br><br>Case below:<br><br>156 N.C. App. 699 | State v. Samuels | Def's PDR Under N.C.G.S. § 7A-31 (COA02-687) | Denied |
| No. 250P03<br><br>Case below:<br><br>151 N.C. App. 751 | State v. Smith | Def's  PWC to Review the Decision of the COA (COA01-1185) | Denied |
| No. 083P03<br><br>Case below:<br><br>155 N.C. App. 500 | State v. Smith | Def's PDR Under N.C.G.S. § 7A-31 (COA01-1360) | Denied |
| No. 317P03<br><br>Case below:<br><br>157 N.C. App. 638 | State v. Thompson | Def's Motion for Temporary Stay (COA02-1220) | Denied |
| No. 234P03<br><br>Case below:<br><br>157 N.C. App. 143 | State v. Williams | 1.  Def's NOA Based Upon a Constitutional Question (COA02-597)<br><br>2.  Def's PDR Under N.C.G.S. § 7A-31<br><br>3.  AG's Motion to Dismiss Appeal | 1. —<br><br>2. Denied<br><br>3. Allowed |
| No. 217P03<br><br>Case below:<br><br>157 N.C. App. 22 | State v. Wolfe | 1.  Def's NOA Based Upon a Constitutional Question (COA02-388)<br><br>2.  Def's PDR Under N.C.G.S. § 7A-31<br><br>3.  AG's Motion to Dismiss Appeal | 1. —<br><br>2. Denied<br><br>3. Allowed |
| No. 224P03<br><br>Case below:<br><br>156 N.C. App. 357 | Swain v. Preston Falls E., L.L.C. | Plts' PDR Under N.C.G.S. § 7A-31 (COA02-266) | Denied |
| No. 139P03<br><br>Case below:<br><br>156 N.C. App. 218 | Taylor's Nursery, Inc. v. Baylor Boys, Inc. | Defs' PDR Under N.C.G.S. §  7A-31 (COA02-134) | Denied |